IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


BRIAN METKE,

            Plaintiff,

      v.

THE BANK OF NEW YORK MELLON,
fka The Bank of New York, as Trustee for
the Certificateholders of the CWABS, Inc.,
Asset-Backed Certificates Series 2006-18,
a New York Trust; QUALITY LOAN
SERVICES CORP OF WASHINGTON, a
Washington Corporation; COUNTRYWIDE
HOME LOAN, INC., a Delaware
Corporation; and JOHN DOES 1-4, who are
Individuals or entities currently unknown to
the Plaintiff,

            Defendants.

No. 3:18-cv-00929-JR

ORDER


HERNÁNDEZ, District Judge:

      Magistrate Judge Russo issued a Findings and Recommendation [43] on December 4,

2018, in which she recommends that this Court grant Defendant BNYM and Plaintiff's Requests

for Judicial Notice [24][37], grant Defendant Countrywide's Motion to Dismiss [31], and grant

in part and deny in part Defendant BNYM's Motion to Dismiss [23]. The matter is now before

the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Defendant BNYM filed timely objections to the Magistrate Judge's Findings &

Recommendation. Def. Obj., ECF [45]. When any party objects to any portion of the Magistrate

Judge's Findings & Recommendation, the district court must make a *de novo* determination of

that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561

F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.

2003) (en banc).

The Court has carefully considered Defendant's objections and concludes there is no

basis to modify the Findings & Recommendation.  The Court has also reviewed the pertinent

portions of the record *de novo* and finds no error in the Magistrate Judge's Findings &

Recommendation.

///

///

///

///

///

///

///

///

///

///

///

**CONCLUSION**

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [43].

Accordingly, Plaintiff's Request for Judicial Notice [37] and Defendant BNYM's Request for

Judicial Notice [24] are GRANTED. Defendant Countrywide's Motion to Dismiss is GRANTED

[31], and Defendant BNYM's Motion to Dismiss [23] is GRANTED as to Plaintiff's breach of

contract claim and DENIED in all other respects. Any motion to amend the complaint must be

filed within 14 days of this Order.

IT IS SO ORDERED.

DATED this \_\_\_\_\_ 11 \_\_\_\_\_ day of \_\_\_\_\_ April \_\_\_\_\_, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge