IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN METKE,

        Plaintiff,

v.

THE BANK OF NEW YORK MELLON, fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates Series 2006-18, a New York Trust; QUALITY LOAN SERVICES CORP OF WASHINGTON, a Washington Corporation; COUNTRYWIDE HOME LOAN, INC., a Delaware Corporation; and JOHN DOES 1-4, who are Individuals or entities currently unknown to the Plaintiff,

        Defendants.

No. 3:18-cv-00929-JR

ORDER

HERNÁNDEZ, District Judge:

        Magistrate Judge Russo issued a Findings and Recommendation on March 5, 2021, in which she recommends that this Court grant Defendants' Motions for Summary Judgment and

1 - ORDER

enter judgment dismissing this case. F&R, ECF 125. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 129. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Russo's Findings and Recommendation [125]. The Court GRANTS Defendants' Motions for Summary Judgment [103][106]. This case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: ___May 9, 2021___.

                                                            MARCO A. HERNÁNDEZ
                                                            United States District Judge